# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH WAYNE FROUDE

                                                PETITIONER(S)

v.

LOUIS MILUSNIC

                                                RESPONDENT(S).

CASE NUMBER:

2:16–cv–05353–JLS–E

**NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**
(Petition for Writ of Habeas Corpus / Motion for Extension of Time to File Habeas Corpus Petition)

This case has been assigned to the calendar of the Honorable __Judge Josephine L. Staton__, U.S. District Judge, and referred to U. S. Magistrate Judge __Charles F. Eick__, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, the Magistrate Judge shall prepare and file a report and recommendation regarding the disposition of this case, which may include proposed findings of fact, conclusions of law, and a proposed order or judgment, and which shall be served on all parties.

Pursuant to Local Rule 5-4.1, all subsequent documents in this case must be filed electronically, unless exempted by Local Rule 5-4.2. Documents exempt from electronic filing pursuant to Local Rule 5-4.2(b), or presented by filers exempt from electronic filing pursuant to Local Rule 5-4.2(a), must be filed with the Clerk in paper at the following location:

Western Division
312 N. Spring Street, Rm. G–8
Los Angeles, CA 90012

Please note that, pursuant to Local Rule 83-2.5, all matters must be called to the judge's attention by appropriate application or motion filed in compliance with the Court's Local Rules. Parties are not permitted to write letters to the judge.

Local Rule 83-2.4 requires that the Court must be notified within five (5) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within five (5) days thereafter of your current address, the Court may dismiss the petition, with or without prejudice, for want of prosecution.

                                                                                 Clerk, U.S. District Court

 July 20, 2016                                                         By  /s/ *Geneva Hunt*
Date                                                                      Deputy Clerk