EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office
NATHANIEL B. WALKER (Cal. Bar No. 224473)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Los Angeles, California 90012
    Telephone: (951) 276-6919
    Facsimile: (951) 276-6202
    E-mail:   nathaniel.walker@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KENNETH WAYNE FROUDE,<br><br>      Petitioner,<br><br>        v.<br><br>LOUIS MILUSNIC, Warden,<br><br>      Respondent. | No.  CV 16-05353-JLS-E<br><br>NOTICE OF APPEARANCE |
|---|---|

Respondent, by and through his attorney, the United States Attorney for the Central District of California, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Assigned AUSA: | Nathaniel B. Walker | nathaniel.walker@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA's name is associated with this case as attorney of

record for the Respondent and that the AUSA receives all emails relating to filings in this case.

Dated: July 21, 2016               Respectfully submitted,

                                   EILEEN M. DECKER
                                   United States Attorney

                                   LAWRENCE S. MIDDLETON
                                   Assistant United States Attorney
                                   Chief, Criminal Division

                                   JOSEPH B. WIDMAN
                                   Assistant United States Attorney
                                   Chief, Riverside Branch Office


                                          /s/
                                   NATHANIEL B. WALKER
                                   Assistant United States Attorney

                                   Attorneys for Respondent