UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wayne Froude <br><br> **PLAINTIFF(S)** <br> v. <br><br> Louis Milusnic <br><br> **DEFENDANT(S)** | **CASE NUMBER** <br><br> 2:16-cv-05353-JLS-E <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action
☐ the following scanned document   ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: Petition for Writ of Habeas Corpus

Filed date: July 19, 2016      Document Number(s): 1

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☒ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: 2:16-cv-05353-JLS

☒ Other: Upon the filing of this case, an error was made by the clerk during the case assignment process. Pursuant to General Order 05-07 this petition is not appropriate for assignment to a Magistrate Judge. Accordingly, Magistrate Judge Charles F. Eick has been removed from the case and all future filings must be directed to Judge Josephine L. Staton.

CLERK, U.S. DISTRICT COURT

Date: July 28, 2016      By: C. Powers
                              Deputy Clerk

G-11 (06/14)                    NOTICE OF CLERICAL ERROR