UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-05353-JLS | Date | September 1, 2016 |
|---|---|---|---|
| Title | Kenneth Wayne Froude v. Louis Mulisnic, *Warden* | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. District Court Judge** |
|---|---|
| Terry Guerrero | N / A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE

     The Court is in receipt of Petitioner's Writ of Habeas Corpus/Appeal to the District Court (filed 07-19-16) **[1]**. The Court orders the Government to file its response to the petition on or before October 3, 2016. Petitioner shall file any reply to the Government's response on or before November 2, 2016. Upon the filing of Petitioner's reply, this matter will stand submitted.

IT IS SO ORDERED.

                                                                                                                                :
                                                                                                    Initials of Preparer    tg