1 | HILARY POTASHNER (Bar No. 167060)
2 | Federal Public Defender
3 | ASHFAQ G. CHOWDHURY (Bar No. 243763)
   | (E-Mail: Ron_Chowdhury@fd.org)
4 | Deputy Federal Public Defender
   | 321 East 2nd Street
5 | Los Angeles, California 90012-4202
6 | Telephone: (213) 894-1456
   | Facsimile: (213) 894-0081
7 |
8 | Attorneys for Defendant
   | KENNETH WAYNE FROUDE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CV 16-05353-JLS |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE** |
| KENNETH WAYNE FROUDE, | |
| Defendant. | |

Defendant Kenneth Wayne Froude, by and through his attorney of record, Deputy Federal Public Defender Marisol Orihuela, that the briefing schedule be modified to permit defense counsel ten additional days to file Defendant's Supplemental Brief. This application is based upon the accompanying declaration of counsel, all files and record in this case, and any other information that may be presented on this application.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: November 7, 2016   By */s/ Ashfaq G. Chowdhury*
                         ASHFAQ G. CHOWDHURY
                         Deputy Federal Public Defender

# DECLARATION OF ASHFAQ G. CHOWDHURY

I, Ashfaq G. Chowdhury, hereby declare that the following is true and correct to the best of my knowledge:

1. I am a Deputy Federal Public Defender appointed to represent Mr. Froude in the above-captioned matter.
2. Under the current briefing schedule, Mr. Froude's brief was due On November 2, 2016.
3. I am continuing to review additional materials I received during a meeting with Mr. Froude and am investigating additional points raised by Mr. Froude.
4. On October 26, 2016, I asked counsel for the government, Assistant United States Attorney Nathaniel B. Walker, if the government would be opposed to a ten-day extension of my filing deadline. The government advised me that it was not opposed to an extension of my filing deadline.
5. For the reasons set forth above, the defense is requesting a modification of the briefing schedule that would permit me to file Mr. Froude's reply brief in this matter by no later than November 14, 2016.

DATED: November 2, 2016         */s/ Ashfaq G. Chowdhury*
                                ASHFAQ G. CHOWDHURY