HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ASHFAQ G. CHOWDHURY (Bar No. 243763)
(E-Mail: Ron_Chowdhury@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Petitioner
KENNETH WAYNE FROUDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CV 15-05353-JLS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| KENNETH WAYNE FROUDE, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Defendant's Reply Brief be filed on or before November 14, 2016.

DATED: November 7, 2016

_____
HONORABLE CHARLES F. EICK
United States District Judge

Presented by:

 /s/ Ashfaq G. Chowdhury
ASHFAQ G. CHOWDHURY
Deputy Federal Public Defender