# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 16-05353-JLS |
| Plaintiff, | **ORDER** |
| v. | |
| KENNETH WAYNE FROUDE, | |
| Defendant. | |

Upon review of the unopposed ex parte application filed by Defendant, the Court extends the deadline for Defendant's Reply Brief, which shall be filed on or before November 14, 2016. The Court notes that Defendant failed to file his application for an extension until after the deadline for filing his brief had passed, and failed to show good cause for the delay. Any future failure to timely file an application for an extension of time may result in its denial.

**IT IS SO ORDERED.**

DATED: November 10, 2016

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge