```
1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KENNETH WAYNE FROUDE, | No. CV 16-05353 JLS |
|---|---|
| Petitioner, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| LOUIS MILUSNIC, Warden, | |
| Respondent.. | |

Plaintiff, United States of America, hereby advises the Court that the following Assistant United States Attorney has been assigned as co-counsel to the above-captioned case:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **Newly Assigned AUSA** | John J. Lulejian | John.Lulejian@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

\\

\\

\\

\\

assigned AUSA is associated with this case and receive all e-mails relating to filings in this case.

.

Dated: July 19, 2017              Respectfully submitted,

                                  SANDRA R. BROWN
                                  Acting United States Attorney

                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  */s John J. Lulejian*
                                  JOHN J. LULEJIAN
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA