JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE FROUDE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LOUIS MILUSNIC, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 16-05353 JLS<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

　　　The Clerk shall close the case.

　　　Dated: August 3, 2017

_____
The Hon. Josephine L. Staton
United States District Judge