Name ASHFAQ G. CHOWDHURY, DFPD (SBN 243763)
Address 321 E. 2nd Street
City, State, Zip Los Anglees, CA  90012
Phone (213) 894-1456
Fax (213) 894-0081
E-Mail Ron_Chowdhury@fd.org
☒ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH WAYNE FROUDE,

PLAINTIFF(S),

v.

LOUIS MILUSNIC, WARDEN,

DEFENDANT(S).

CASE NUMBER:

CV 16-5353-JLS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Kenneth Wayne Froude_____ hereby appeals to
                                    *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Judgment

☐ Interlocutory Appeals

☐ Bail status: In Custody

**Civil Matter**

☒ Order (specify):
   8-3-17 Order, Dckt #12

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____August 3, 2017_____. Entered on the docket in this action _____August 3, 2017_____.

Copies of said Judgment and Minute Order are attached hereto.

August 10, 2017
Date

/s/ Ashfaq G. Chowdhury
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL