HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ASHFAQ G. CHOWDHURY (Bar No. 243763)
(E-Mail: Ron_Chowdhury@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Petitioner
KENNETH WAYNE FROUDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 16-05353-JLS |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| KENNETH WAYNE FROUDE, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the government shall not surrender Mr. Froude to Canadian authorities during the pendency of his appeal in the Ninth Circuit Court of Appeals.

DATED: _____
HONORABLE JOSEPHINE L. STATON
United States District Judge

Presented by:

 */s/ Ashfaq G. Chowdhury*
ASHFAQ G. CHOWDHURY
Deputy Federal Public Defender