

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 19 2017 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KENNETH WAYNE FROUDE,

        Petitioner-Appellant,

 v.

L. J. MILUSNIC, Warden,

        Respondent-Appellee.

No. 17-56214

D.C. No. 2:16-cv-05353-JLS
Central District of California,
Los Angeles

ORDER

Before: TASHIMA and PAEZ, Circuit Judges.

    Appellant's motion for a stay of extradition pending appeal (Docket Entry No. 2) is denied. *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962 (9th Cir. 2011); *Artukovic v. Rison*, 784 F.2d 1354 (9th Cir. 1986) (stay of extradition denied even though appeal would become moot).

    The briefing schedule established previously remains in effect.

IHP/MOATT