UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KENNETH WAYNE FROUDE,

    Petitioner-Appellant,

v.

L. J. MILUSNIC, Warden,

    Respondent-Appellee.

No. 17-56214

D.C. No. 2:16-cv-05353-JLS
Central District of California,
Los Angeles

ORDER

Before: CANBY, TROTT, and WATFORD, Circuit Judges.

    Appellee's unopposed motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 8) is granted. *See Am. Rivers v. Nat'l Marine Fisheries Serv.*, 126 F.3d 1118, 1123 (9th Cir. 1997) (no jurisdiction over moot claim).

    **DISMISSED.**

IHP/MOATT