UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KENNETH WAYNE FROUDE,

        Petitioner - Appellant,

v.

L. J. MILUSNIC, Warden,

        Respondent - Appellee.

No. 17-56214

D.C. No. 2:16-cv-05353-JLS
U.S. District Court for Central
California, Los Angeles

**MANDATE**

    The judgment of this Court, entered March 01, 2018, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                            FOR THE COURT:

                            MOLLY C. DWYER
                            CLERK OF COURT

                            By: Craig Westbrooke
                            Deputy Clerk
                            Ninth Circuit Rule 27-7